IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BERNARD PARKS,**

    Plaintiff,

v.                                          CASE NO. 5:14-cv-45-RS-CJK

**MICHAEL C. OVERSTREET, et a.,**

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 10). No objections have been filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED without prejudice** under 28 U.S.C.§ 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim upon which relief may be granted.

3. The Clerk be directed to close the file.

**ORDERED** on August 8, 2014.

                                       /S/ Richard Smoak
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**